IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN KAUTZER,

        Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner for Social Security

        Defendant.

Case No. 20-cv-511-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi against plaintiff Susan Kautzer affirming the decision of the acting commissioner and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 9/15/2021 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |